**BARTON BARTON & PLOTKIN LLP**
Thomas P. Giuffra (TG 1274)
420 Lexington Avenue, 18th Fl.
New York, NY 10170
(212) 687-6262
tgiuffra@bartonesq.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Angela DiPilato,<br><br>                              Plaintiff,<br><br>     -against-<br><br>7-Eleven, Inc., Jeanne Lynch, Martina Hagler and Arthur Rubinett,<br><br>                              Defendants. | 07 cv 7636 (CLB)<br>ECF Case<br><br>**NOTICE OF MOTION PURSUANT TO FED. R. CIV. P. 12(b)(6) AND 12(f)** |

**PLEASE TAKE NOTICE** that defendants 7-Eleven, Inc., Martina Hagler and Arthur Rubinett, upon said defendants' accompanying memorandum of law and the exhibits thereto, and upon the Declaration of Martina L. Hagler, will move this Court, pursuant to Fed. R. Civ. P. 12(b)(6), for an order dismissing the Complaint in its entirety on the ground that it fails to state a claim upon which relief may be granted and pursuant to Fed. R. Civ. P. 12(f) for an order striking plaintiff's claim for specific performance.

Dated: September 17, 2007                     **BARTON BARTON & PLOTKIN LLP**


                                              By: _/s/ Thomas P. Giuffra_____
                                                    Thomas P. Giuffra (TG 1274)

                                              *Attorneys for Defendants*
                                              420 Lexington Avenue, 18th Floor
                                              New York, NY 10170
                                              (212) 687-6262

2

        Eric A. Welter (*Motion for admission pro hac vice to be submitted*)
        **WELTER LAW FIRM, P.C.**
        720 Lynn Street, Suite B
        Herndon, Virginia 20170
        (703) 435-8500

To:    Angela DiPilato
        541 Pelham Road, Suite 2J
        New Rochelle, New York 10805
        (914) 563-4510

2