

# KNA Paralegals & Consultants, LLP

541 Pelham Road
New Rochelle, NY 10805

914-563-4510

February 27, 2007

7-Eleven, Inc.
Franchise Department
PO.Box No.: 711
Dallas, TX 75221-9867

**WITHOUT PREJUDICE**

Re: Submission of Franchise Application for
   Ms. Angela DiPilato

Dear Sir or Madam:
   On behalf of my client, Ms. Angela DiPilato, I respectfully submit the enclosed franchise application.

   This application is submitted without prejudice and shall be deemed non-binding on behalf of either party.

   Ms. DiPilato is interested in evaluating available franchise opportunities on an individual basis. These franchise(s) should be located in any of the following New York Counties: Bronx, Westchester, Queens, Nassau, Putnam or Dutchess.

   Upon your review of the application, would you kindly contact the undersigned with specific franchise locations that may be available.

   Thank you for your valuable time in consideration. I await your response.

Very truly yours,

Kenneth A. Frank





# *Franchise Application*

## Confidential
**This application does not obligate
either party in any manner.**

7-Eleven, Inc., will use this application to help evaluate your qualifications for a franchise. In addition, a retail credit check will be made. The name and address of the retail credit agency supplying 7-Eleven, Inc. with the report will be furnished within thirty days from written request for such information. Periodically, additional retail credit checks may be requested. Applicants will be required to provide a business plan. Applicants will be considered without regard to age, sex, race, religion, color, or national origin.

California - In addition, TSC Lending Group, Inc. ("TSC Group"), a subsidiary of 7-Eleven, Inc. will use this report to help evaluate your qualifications for a loan. 7-Eleven, Inc., and TSC Group may make a retail credit check. The name and address of the retail credit agency supplying 7-Eleven, Inc., and TSC Group with the report will be furnished within thirty days from written request for such information.

New York - This advertisement is not an offering. An offering can only be made by a prospectus filed first with the Department of Law of the State of New York. Such filing does not constitute approval by the Department of Law.

*An Equal Opportunity Organization*

The completed application should be mailed to:
7-Eleven, Inc.
Franchise Department
PO Box 711
Dallas, TX 75221-0711

KENNETH FRANK
541 PELHAM ROAD
NEW ROCHELLE, NY 10805-
Case No. 0702070731 N

702332

INSTRUCTIONS: Answer every question in full. If married and the spouse wishes to be a part of the franchise, both applicant and spouse must fully complete and sign the application. If married and spouse does not wish to be part of the franchise, spouse must complete *Section 1: Spouse Information*. APPLICANT information is in the left column on all pages of this form. SPOUSE information is in the right column. This is confidential information. This application is not a contract. **All information must be provided for your application to be considered.**

## Section 1: Applicant Information

☐ Mr.   ☐ Mrs.   ☒ Ms.
Legal Name __DiPilato__ __Angela__ _____
         Last            First         Middle
Address __541 Pelham Rd.__
City __New Rochelle__ State __NY__ Zip __10805__
How long have you lived at this address? __12__ yrs __0__ months
Date of Birth __8/30/63__ Social Security # __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__
Best way to contact you ☐ work ☒ home ☐ cell ☐ e-mail
Home Phone __914-632-2224__ Cell Phone __1-917-468-6109__
Work Phone __914-632-2224__ Best time to call __any__
E-mail Address __Angdee830@aol.com__
Driver's License Number __513 353 822__ State __NY__
If not a US citizen, what is your immigration status?
__n/a__
Immigration card # _____
How long have you been in this country? _____

## Section 2: Applicant Education

Last High School attended __New Rochelle H.S.__
City __New Rochelle__ State __NY__
Highest grade completed (circle)   8   9   10   11   ⓬
College Attended __n/a__
Major subject _____
Years completed __12__ Graduated? ☒ Yes ☐ No
If yes, what degree did you earn? _____

## Section 3: Applicant Work History

**Name of Current Employer or Current Business Owned**
(If not working, list Last Employer or /Last Business Owned)
__Bolivianita Mining Corp.__
Address __541 Pelham Rd.__
City __New Rochelle__ State __NY__ Zip __10805__
Business Phone number __914-632-2224__
Are you ☐ an employee ☒ the owner

If **Employee**, what is/was your Job Title __Pres.__
Date Started Employment  /  /   Date Ended  /  /
Describe your responsibilities __gemologist__
__Management__
Starting salary $_____ Ending salary $_____
Supervisor's name __none__
May we contact? ☒ Yes ☐ No
Will you be leaving this employment if you franchise a 7-Eleven store? ☐ Yes ☒ No

If **Owner**, what Percentage of the business do you own? __65%__
Date Business Opened __4/01/00__ Date Closed  /  /
Describe your responsibilities
__see above__
Will you be selling this business if you franchise a 7-Eleven store?
☐ Yes ☒ No

## Section 1: Spouse Information (If married, Section 1 must be completed even if spouse will not be a part of the franchise)

☐ Mr.   ☐ Mrs.   ☐ Ms.
Legal Name _____
         Last            First         Middle
Address _____
City _____ State _____ Zip _____
How long have you lived at this address? ____ yrs ____ months
Date of Birth _____ Social Security # _____
Best way to contact you ☐ work ☐ home ☐ cell ☐ e-mail
Home Phone _____ Cell Phone _____
Work Phone _____ Best time to call _____
E-mail Address _____
Driver's License Number _____ State _____
If not a US citizen, what is your immigration status?
_____
Immigration card # _____
How long have you been in this country? _____

## Section 2: Spouse Education

Last High School attended _____
City _____ State _____
Highest grade completed (circle)   8   9   10   11   12
College Attended _____
Major subject _____
Years completed _____ Graduated? ☐ Yes ☐ No
If yes, what degree did you earn? _____

## Section 3: Spouse Work History

**Name of Current Employer or Current Business Owned**
(If not working, list Last Employer or /Last Business Owned)
_____
Address _____
City _____ State _____ Zip _____
Business Phone number _____
Are you ☐ an employee ☐ the owner

If **Employee**, what is/was your Job Title _____
Date Started Employment  /  /   Date Ended  /  /
Describe your responsibilities _____
Starting salary $_____ Ending salary $_____
Supervisor's name _____
May we contact? ☐ Yes ☐ No
Will you be leaving this employment if you franchise a 7-Eleven store? ☐ Yes ☐ No

If **Owner**, what Percentage of the business do you own? _____
Date Business Opened  /  /   Date Closed  /  /
Describe your responsibilities _____
Will you be selling this business if you franchise a 7-Eleven store?
☐ Yes ☐ No

| Section 3: Applicant Work History (Continued) | Section 3: Spouse Work History (Continued) |
|---|---|
| **Name of Previous Employer or Previous Business Owned** | **Name of Previous Employer or Previous Business Owned** |

**Applicant:**
Name of Previous Employer: Radisson Hotel
Address: 1 Radisson Plaza
City: New Rochelle   State: NY   Zip: 10801
Business Phone number: 914-576-3500
Were you ☒ an employee ☐ the owner

If **Employee**, what was your Job Title: Food + Bev. Manager
APPX Date Started Employment / /    Date Ended 4/05/06
Describe your responsibilities: Restaurant Mgr. — Food Services
Starting salary $_____   Ending salary $ 85K
Supervisor's name: Tom Grippi
Reason for Leaving: Personal Injury (hand)

If **Owner**, what Percentage of the business did you own? ____
Date Business Opened / /   Date Closed / /
Describe your responsibilities: N/A
Reason for selling/leaving this business: ~~Vast experience Food Services Management, ~~

Have you ever had management responsibilities which included the hiring and/or firing of employees? ☒ Yes ☐ No
Do you have any retail experience? ☒ Yes ☐ No
Why do you feel qualified to be a 7-Eleven franchisee? Vast Experience Food Services Managing, general business

Please attach a resume or additional sheet of paper showing any additional work history or information 7-Eleven should consider.

**Spouse:** (blank)

Please attach a resume or additional sheet of paper showing any additional work history or information 7-Eleven should consider.

Which of the following best describes your intended day-to-day management in the store in the event that you franchise a 7-Eleven?
**Applicant:** ☒ Full-time  ☒ Part-time  Either ☐ None   **Spouse:** ☐ Full-time  ☐ Part-time  ☐ None

List any other business(es) that you or your spouse currently own or have a partnership in:
Name of Business: Boliviarita Mining Corp.   Percentage(s) you own: 65%
Name of Business: N.K.F. Realty Corp.   Percentage(s) you own: 75%

Do you plan to sell if you franchise a 7-Eleven?
☐ Yes ☒ No ☐ Possibly
☐ Yes ☒ No ☐ Possibly

How did you first find out that 7-Eleven offers franchise opportunities?
☐ Franchisee ☐ Friend ☐ Magazine ☐ Newspaper ☒ Internet ☐ Other? (explain) _____
Name or what publication? N/A

Have you or your spouse ever filed for bankruptcy or had an involuntary petition of bankruptcy filed against you?
**Applicant** ☐ Yes ☒ No   **Spouse** ☐ Yes ☐ No
(explain) _____

Have you or your spouse ever been convicted of something other than a minor traffic violation?
**Applicant** ☐ Yes ☒ No   **Spouse** ☐ Yes ☐ No
(explain – including dates, location, and charge) _____

Have you or your spouse ever applied for a 7-Eleven franchise before?   **Applicant** ☐ Yes ☒ No   **Spouse** ☐ Yes ☐ No
Where? _____

Have you or your spouse ever been a 7-Eleven employee?   **Applicant** ☐ Yes ☒ No   **Spouse** ☐ Yes ☐ No
(explain – including dates and location) _____

### References
Character references we can contact: (not family members)
Name: Kenneth A. Freunk   Occupation: Financial Consultant   Phone number: 914-563-4510
Name: Christa Glielmi   Occupation: Teacher   Phone number: 914-576-0078

Please be specific and list the city and/or state where you are interested in obtaining a franchise?
1st Choice ___Bronx, New York___
2nd Choice ___Westchester, New York___
3rd Choice ___Queens, New York___

## Financial Information

**ASSETS**
1. Cash on hand and in banks (checking, savings, etc.) $ 195,000.00
2. Stocks and bonds $ 375,000.00
3. Value of Real Estate, Primary Residence $ 900,000.00
4. Value of other Real Estate $ 2,000,000.00 +
5. Other assets Funds, CD's, etc. Attach list (i.e. IRA, 401k, CD, etc.) $ 250,000.00
6. Total Assets (add lines 1 through 5) $ 3,720,000.00

**LIABILITIES**
12. Outstanding Loans (car loan, etc.) $ 417.00 Mo.
13. Credit Cards - total balance payable $ 11,000.00 T
14. Total Mortgage - Primary Residence $ 140,000.00 T
15. Mortgages due on other Real Estate $ n/a
16. Other Liabilities - Attach list (student loans, 2nd mortgage etc.) $ -0-
17. Total Liabilities (add lines 12 through 16) $ 151,417.00

**MONTHLY INCOME**
7. Salary(ies), Wages or Commissions $ 21,500.00
8. Real Estate Income (Rental Property) $ 10,000.00
9. Other Income - Attach list (i.e. annuity, child support, etc.) $ 2,900.00
10. Total Current Monthly Income (add lines 7 through 9) $ 34,400.00

**NET WORTH**
18. Net Worth (subtract line 17 from line 6) $ 3,568,583.00
(Note: A complete financial statement will be required prior to qualifying for a 7-Eleven franchise)

**MONTHLY EXPENSES**
11. Total Monthly Expenses (including alimony, child support, etc.) $ 917.00 car, credit card debt, etc.

**INVESTMENT**
What is the TOTAL amount of money you have available to purchase a 7-Eleven Franchise? $ 250,000.00 + variable

Where are you getting the money to invest? (loan, gift, savings, stocks, sale of property, 2nd mortgage, etc.) ___various sources, investments, savings, businesses owned, etc.___
What is the least amount of money that you NEED for your personal monthly expenses for your first year in business? _____

Where will you get other income, if any, if you franchise a 7-Eleven store? (spouse's income, rental property, etc.) ___Businesses owned + Investments.___

I/We do hereby represent that all of the above answers are true and complete to the best of my/our knowledge and belief. I/We recognize that 7-Eleven, Inc., is not in any way obligated to franchise a 7-Eleven store to me/us because of my/our execution of this document. **I/We acknowledge that any false statement on this application shall be considered sufficient cause to deny any further consideration or cause revocation of any signed agreement with 7-Eleven, Inc.** I/We understand that an inquiry regarding my/our character, general reputation, personal characteristics, financial background and general fitness for being a 7-Eleven franchisee may be made as a result of this application.

In addition, by signing below I/We release any and all former and/or present employers, and any other personal or business references, from any liability whatsoever in connection with 7-Eleven's attempt to investigate my/our background and determine my/our fitness to become a 7-Eleven franchisee. I/We hereby authorize the release of any and all documents and records, including any privileged and confidential information pertaining to me/us to 7-Eleven, Inc. I/We specifically authorize 7-Eleven, and/or TSC Group, to obtain a credit report on me/us. A copy of this authorization may be used in place of and shall be valid as the original. I/We understand that this application is considered active for 180 days from the date below.

X _[signature]_
Applicant Signature

_____
Spouse Signature

2/27/07
Date

_____
Date

FORM 4250014  10/03