**BARTON BARTON & PLOTKIN LLP**
Thomas P. Giuffra (TG 1274)
420 Lexington Avenue, 18th Fl.
New York, NY 10170
(212) 687-6262
tgiuffra@bartonesq.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Angela DiPilato,<br><br>       Plaintiff,<br><br>  -against-<br><br>7-Eleven, Inc., Jeanne Lynch, Martina Hagler and Arthur Rubinett,<br><br>       Defendants. | 07 cv 7636 (CLB)<br>ECF Case<br><br>**RULE 7.1 STATEMENT** |

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, 7-Eleven, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

  1.  7-Eleven, Inc. is wholly owned by Seven-Eleven Japan Co., Ltd. ("SEJ"), a Japanese corporation. SEJ holds the common stock of 7-Eleven, Inc. directly and through two wholly owned holding companies, SEJ Service LLC, a Delaware limited liability company and SEJ Finance LLC, a Delaware limited liability company.

  2.  SEJ is wholly owned by Seven & I Holdings Co., Ltd., a Japanese corporation, whose stock is publicly traded on the Tokyo Stock Exchange

Dated: September 27, 2007 **BARTON BARTON & PLOTKIN LLP**

By: /s/ Thomas P. Giuffra_____
      Thomas P. Giuffra (TG 1274)

*Attorneys for Defendants*
420 Lexington Avenue, 18th Floor
New York, NY 10170
(212) 687-6262

Eric A. Welter (*Motion for admission pro hac vice to be submitted*)
**WELTER LAW FIRM, P.C.**
720 Lynn Street, Suite B
Herndon, Virginia 20170
(703) 435-8500

To:    Angela DiPilato
       541 Pelham Road, Suite 2J
       New Rochelle, New York 10805
       (914) 563-4510