557.01/slp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGELA DiPILATO,

                Plaintiff,

      -against-

7-ELEVEN, JEANNE LYNCH, MARTINA
HAGLER and ARTHUR RUBINETT,

                Defendants.

Index No. 07 cv 7636 (CS)

**ORDER**

---

       Defendants, having moved this Court for an order pursuant to Fed. R. Civ. P. 11 seeking sanctions and attorneys' fees to be assessed against Plaintiff for the filing and signing of a frivolous complaint, affidavits and other documents, and this Court having issued Orders directing the Plaintiff to appear before this Court to respond to this motion or face the sanction of dismissal of her complaint with prejudice,

       NOW, upon reading and filing of the Defendants' Motion seeking sanctions and attorneys' fees; Plaintiff's Memorandum of Law submitted in opposition thereto; Plaintiff's letters to the Court dated June 3, 2010 and June 16, 2010 requesting permission to attend the court conference telephonically or alternatively requesting that the Court decide the motion on the papers submitted; the prior Orders of this Court dated June 4, 2010 and June 16, 2010 denying Plaintiff's letter requests; the conference and hearing held before this Court on June 17, 2010; the failure of the Plaintiff to appear before this Court at the June 17, 2010 conference and hearing; the Plaintiff's disobedience of Court Orders directing her to personally appear before this Court on June 17, 2010; and upon all the prior pleadings and proceedings heretofore had herein and after due deliberation having been had thereon, it is hereby

ORDERED, that the Plaintiff's complaint is hereby dismissed in its entirety, with prejudice; and it is further

ORDERED, that the law firm of Barton Barton & Plotkin LLP is hereby awarded the sum of $ 2231.25 representing attorneys' fees for their time and appearance at the Court conference held on June 17, 2010; and it is further

ORDERED, that the Defendants' motion seeking the imposition of sanctions against Plaintiff is hereby denied.

The Clerk of the Court is directed to close the case—

ENTER:

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.